



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

JAN 15 2008
JAN 15 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Blake J. Schael

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

08CV336
JUDGE COAR
MAGISTRATE JUDGE ASHMAN

vs.

Jennifer Witherspoon, Lt.

Mercado, Patrick Firman,

Anthony Ward, Nurse Scott,

Nurse David Padilla, Nurse

Mary Jo, Dr. Singh

Case No:_____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓     **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Blake J. Schael

   B. List all aliases: N/A

   C. Prisoner identification number: # L81499

   D. Place of present confinement: Lake Co. Jail

   E. Address: P.O. Box 38 Waukegan, IL 60079

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: Jennifer Witherspoon

      Title: Chief of Corretions

      Place of Employment: Lake Co. Jail

   B. Defendant: Lt. Mercado

      Title: Grievance Coordinator

      Place of Employment: Lake Co. Jail

   C. Defendant: Patrick Firman

      Title: Deputy Chief of Corrections

      Place of Employment: Lake Co. Jail

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

II. Defendant(s) cont.

D. Defendant: Anthony Ward
   Title: Deputy Chief of Corrections
   Place of Employment: Lake Co. Jail

E. Defendant: Nurse Scott
   Title: Assistant Director of Nursing
   Place of Employment: Lake Co. Jail

F. Defendant: Nurse David Padilla
   Title: Director of Nursing
   Place of Employment: Lake Co. Jail

G. Defendant: Nurse Mary Jo
   Title: Nurse
   Place of Employment: Lake Co. Jail

H. Defendant: Dr. Singh
   Title: Psychiatrist
   Place of Employment: Lake Co. Jail

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: N/A

   B. Approximate date of filing lawsuit: N/A

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

   D. List all defendants: N/A

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

   F. Name of judge to whom case was assigned: N/A

   G. Basic claim made: N/A

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

   I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV Statement of Claim:

On 12/24/07, Nurse Mary Jo came into Pod 3 SW for morning Medication Pass. When I got to the cart, Nurse Mary Jo put a capsule and 1½ tablets in my hand. I am familiar with the capsule, as I have taken Lithium for many years. My prescription calls for Lithium in the A.M. and Lithium and Thorazine in the P.M. I asked Nurse Mary Jo what the 1½ pills were, and also asked if she was sure the pills were for me. Nurse Mary Jo stated: "They look like Celexa, but I'd have to check the Medication Log to be sure. Dr. Singh ordered this yesterday, so its obviously a medication that he wants you to take." The medication, whatever it was, made me violently ill. At P.M. Medication Pass, I asked Nurse Tom what the new medication was that was ordered for me. Nurse Tom looked in the Medication Log and told me that my prescription had not been changed. Nurse Mary Jo and Dr. Singh availed to me a deliberate indifference in medical practice by giving me the wrong medication. The deliberate indifference that was availed to me by the Medical Staff of the Lake Co. Jail was a Constitutional violation of my 8th Amendment right. On 12/25/07, I filed a greivance with Lt. Mercado. That grievance was denied. I appealed her denial to Jennifer Witherspoon, Chief of Corrections. Lt. Mercado and Jennifer Witherspoon were aware of the deliberate indifferance that the Medical Staff availed to me, and they chose to do nothing about it. During the Classification meeting held every Wednesday at the jail, Jennifer Witherspoon and Lt. Mercado communicated and shared the deliberate indifference problem with Deputy Chiefs Patrick Firman and Anthony Ward. Nurse Scott and Nurse David Padilla became aware of the deliberate indifference due to the grievance I filed with Lt. Mercado.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I ask the Court to appoint Counsel. I request that the Court order each Defendant to award to me $100,000.⁰⁰ in Compensatory damages. I ask the Court to order each Defendant to award me with $150,000.⁰⁰ in Punitive damages. I ask that the Court order the Defendants to pay the taxes on all monetary awards. And I request that the Court order the Defendants to pay all Court costs, Attorney fees, Witness fees, and whatever else the Court deems just, proper, or necessary.

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __8__ day of __January__, 20 _08_

_Blake J. Schael_
(Signature of plaintiff or plaintiffs)

__Blake J. Schael__
(Print name)

__# L81499__
(I.D. Number)

__P.O. Box 38__

__Waukegan, IL__

__60079__
(Address)