**PRISONER CASE** 

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

| | |
|---|---|
| **Plaintiff(s):** BLAKE J. SCHAEL | **Defendant(s):** JENNIFER WITHERSPOON, et al. |
| **County of Residence:** LAKE | **County of Residence:** |
| **Plaintiff's Address:** | **Defendant's Attorney:** |
| Blake J. Schael<br>L-81499<br>Lake - LCJ<br>P.O. Box 38<br>Waukegan, IL  60086 | 08CV336<br>JUDGE COAR<br>MAGISTRATE JUDGE ASHMAN |

**Basis of Jurisdiction:**
- ☐ 1. U.S. Government Plaintiff
- ☑ 3. Federal Question (U.S. gov't. not a party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
- ☑ 1. Original Proceeding
- ☐ 2. Removed From State Court
- ☐ 3. Remanded From Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred From Other District
- ☐ 6. MultiDistrict Litigation
- ☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes  ☐ No

**Signature:** *A. E. Woodham*    **Date:** 01/15/2008