**F I L E D**

JAN 1 5 2008 oew

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)  Blake J. Schael

v.

Defendant(s) Jennifer Witherspoon, Lt. Mercado, Patrick Firman, Anthony Ward, Nurse Scott, Nurse David Padilla, Nurse MaryJo, Dr. Singh

08CV336
JUDGE COAR
MAGISTRATE JUDGE ASHMAN

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, Blake J. Schael, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: I spoke to Attorney James Swarzbach by phone (847) 215-0550. Attorney Swarzbach told me that he is a criminal defense Attorney. I wrote to the law firm of Salvi & Maher, LLC. I did not receive a response. I tried to call other law firms. They would not accept my call. I also wrote to several local attorneys with no assistance forthcoming.

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

   [X] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_____
Movant's Signature

_____
Date

P.O. Box 38
Street Address

Waukegan, IL 60079
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

---

Assigned Judge: _____ Case Number: _____

Case Title: _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

Jeffrey Schultz
900 West Jackson Blvd
Suite 6E
Chicago, IL 60607

William D. Klink
218 N. Jefferson St.
Suite 401
Chicago, IL 60661

Jeffrey Hals
1180 N. Milwaukee Avenue
Chicago, IL 60622

USA 41
USA 41
USA 41

Frederick Alossa
150 N. Wacker
Suite 1750
Chgo IL 60606

Steven Pinto
111 W. Washington St.
Suite 1521
Chicago, IL 60602

Suite 66
Chgo IL 60607

USA 41

USA 41