**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Blake J Schael

                                 Plaintiff,

v.                                                       Case No.: 1:08−cv−00336
                                                       Honorable David H. Coar

Nurse Mary Jo, et al.

                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 30, 2008:

     MINUTE entry before Judge Honorable David H. Coar: Motion hearing held on 4/30/2008 regarding motion to quash [12].MOTION by Defendants Nurse Mary Jo, Dr Singh to quash Service [12] is entered and continued to 5/13/2008 at 9:00 a.m. Motion Hearing set for 5/13/2008 at 09:00 A.M.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.