## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 336 | **DATE** | May 5, 2008 |
| **CASE TITLE** | Blake Schael (R-68315) v. Witherspoon, et al. | | |

**DOCKET ENTRY TEXT:**

The clerk shall forward the Court's March 20, 2008 order [6] to plaintiff at Sheridan Correctional Center and to the trust fund officer at Sheridan Correctional Center.  Plaintiff is reminded that he must notify the Court of any change in his address if he wants to proceed with his action.

/s/David H. Coar

David H. Coar, U.S. District Judge

Docketing to mail notices.

isk