**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Blake J Schael

                        Plaintiff,

v.                                                    Case No.: 1:08−cv−00336
                                                    Honorable David H. Coar

Nurse Mary Jo, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 21, 2008:

      MINUTE entry before the Honorable David H. Coar: Motion hearing held on 5/21/2008 regarding motion to quash [12]. Attorney for the movant/defendants represented to the Court that the defendants will waive service. The defendants are given 21 days to answer or plead to the plaintiff's complaint. MOTION by Defendants Nurse Mary Jo, Dr Singh to quash Service [12] is terminated as moot. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.