UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BLAKE J. SCHAEL | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  08 C 336 |
| | ) | Judge David Coar |
| LT. JENNIFER WITHERSPOON, | ) | |
| et al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

To:   **Blake J. Schael**

### NOTICE OF MOTION

On June 17, 2008 at 9:00 a.m. or soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Coar or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1419 in the U.S. District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendant Dr. Singh Motion to Dismiss and Defendant Mary Jo Covarrubias' Motion to Dismiss.

**Name:**  CHARYSH & SCHROEDER, LTD.     **Attorney for: Defendants**
**Address:** 33 North Dearborn,                          **City:** Chicago
**Telephone:** (312) 372-8338                              **Atty.:** 6187455

### PROOF OF SERVICE BY ELECTRONIC FILING AND U.S. MAIL

The undersigned attorney certifies that on June 11, 2008, this notice was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record at the email addresses indicated above; this notice, and the documents referred to therein have also been served on all parties not electronically served by causing a copy of the same to be placed in the U.S. Mail at 33 North Dearborn Street, Chicago, Illinois on or before 5:00 p.m. on June 11, 2008, with proper postage prepaid.

_____/s/ Richard A Tjepkema____