**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division**

Blake J Schael

                        Plaintiff,

v.                                                   Case No.: 1:08−cv−00336

                                                           Honorable David H. Coar

Nurse Mary Jo, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 13, 2008:

      MINUTE entry before the Honorable David H. Coar: Set deadlines as to motion to dismiss [21], motion to dismiss [20] : Responses due by 7/16/2008; Replies due by 7/30/2008.Motion to dismiss by Defendant Dr Singh [20] and Motion to dismiss by Defendant Nurse Mary Jo [21] are taken under advisement − ruling to issue by mail. Parties need not appear on the noticed motion date of 6/17/2008.Mailed notice(pm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.