Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | DAVID H. COAR | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0336 | **DATE** | July 30, 2008 |
| **CASE TITLE** | Blake J Schael (#R-68315) vs. Lt. Jennifer Witherspoon, et al. | | |

**DOCKET ENTRY TEXT:**

The plaintiff is ordered to show good cause in writing why this case should not be dismissed for want of prosecution. Failure to respond within fourteen days of the date of this order will result in summary dismissal of this action, on the understanding that the plaintiff no longer wishes to pursue his claims.

/s/David H. Coar

David H. Coar, U.S. District Judge

■ **[For further details see text below.]**                                              Docketing to mail notices.

---

## STATEMENT

The plaintiff, currently a state prisoner, has brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. The plaintiff claims that the defendants, health care providers at the Lake County Jail, violated the plaintiff's constitutional rights by acting with deliberate indifference to his serious medical needs. More specifically, the plaintiff alleges that he received the wrong medication on December 4, 2007. This matter is before the court to verify the plaintiff's interest in pursuing his claims.

On June 11, 2008, both remaining defendants filed motions to dismiss the complaint for failure to state a claim. The defendants argue that the facts alleged do not support an inference of deliberate indifference. The defendants additionally maintain that even if the plaintiff received a single dose of the wrong medication, then the matter does not rise to the level of a constitutional violation. Although advised of his opportunity to respond, *see* briefing schedule entered June 13, 2008, the plaintiff has not filed an opposing brief contesting either motion. The court will not prosecute the plaintiff's case for him.

The plaintiff is ordered to show good cause in writing why this case should not be dismissed for want of prosecution. Failure to respond within fourteen days of the date of this order will result in summary dismissal of this action, on the understanding that the plaintiff no longer wishes to proceed with this lawsuit.

mjm