08 C 0336

8/6/08

Dear Mr. Dobbins:

I am writing to the Court in response to a letter that I received on 8/6/08, stating that if I do not respond in writing as to my wishes to proceed with my lawsuit, my case would be dismissed.

I wish to proceed with my lawsuit. The bottom line is, I was given the wrong medication, even after I questioned the Nurse, and I became sick. The Nurse must answer for that, since this could not be resolved at another level.

Please let the Court know that I wish to proceed in this matter. Thank you.

Sincerely,

Blake J. Schael

Mr. Blake J. Schael

**FILED**

AUG 7 2008 MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case No: 08 C 0336
Honorable Judge Coar