# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Blake J Schael

                    Plaintiff,

v.                                           Case No.: 1:08−cv−00336
                                                     Honorable David H. Coar

Nurse Mary Jo, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable David H. Coar:This case came before the Court on 8/26/2008 for the Rule 16(b) Scheduling Conference. The scheduling conference is held in abeyance until the Court decides the Motions to dismiss [20] & [21]. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.