# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | DAVID H. COAR | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 0336 | **DATE** | 9/4/2008 |
| **CASE TITLE** | Blake J Schael (#R-68315) vs. Lt. Jennifer Witherspoon, et al. | | |

**DOCKET ENTRY TEXT:**

The court's order to show cause is discharged, the plaintiff having expressed interest in pursuing this matter. The defendants are granted fourteen days from the date of this order to file any reply briefs. The Rule 16(b) Scheduling Conference will be re-set following ruling on the pending motions to dismiss. The plaintiff is advised of basic filing requirements: he must (1) provide the court with the original plus a judge's copy of every document filed; and (2) include a certificate of service showing that a copy was mailed to opposing counsel. The clerk is directed to mail the plaintiff another copy of the court's filing instructions. In the future, the court may strike without considering any document filed that fails to comport with these basic filing rules.

**Docketing to mail notices.**

mjm